UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

                Plaintiff,

-v-

AXIS INSURANCE COMPANY,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 10246 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic status conference held today, June 15, 2022, the parties advised the Court that they have agreed to resolve this matter without further Court intervention. Accordingly, the Court orders as follows:

1. The discovery schedule (ECF No. 16) is HELD IN ABEYANCE; and

2. By **July 15, 2022**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Paul A. Engelmayer or (ii) a status report on the finalization of the parties' resolution.

Dated:      New York, New York
              June 15, 2022

SO ORDERED.

*Sarah Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**